UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

DON KING PRODUCTIONS, INC.,

    Plaintiff,

v.

EL MANGOITO, et al.,

    Defendants.

Civil No. 05-1192 (JAF)

**DEFAULT JUDGMENT**

On January 18, and March 22, 2006, pursuant to Rule 55 of the Federal Rules of Civil Procedure, default was entered against Defendants, William Garrastegy, Carmen Garrastegy, their conjugal partnership, and La Familia, aka Bar La Familia, in favor of Plaintiff Don King Productions, Inc. Docket Document Nos. 108, 117. On March 23, 2006, Plaintiff filed a motion for Default Judgment against the aforementioned Defendants. Docket Document No. 118.

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the court finds that there is no just reason to delay the entry of judgment in favor of Plaintiff against named Defendants. In accordance with 47 U.S.C. § 605(E)(3)(c)(i)(II), we hereby enter judgment by default against Defendants, William Garrastegy, Carmen Garrastegy, their conjugal partnership, and La Familia, aka Bar La Familia, and order each to pay Plaintiff Don King Productions, Inc., $10,000.00 in statutory damages, totaling in sum $40,000.00. We

Civil No. 05-1192 (JAF)                                                    -2-

additionally award Plaintiff Don King Productions, Inc., attorney's fees in the amount of $2,400.00, and costs in the amount of $500.00.

San Juan, Puerto Rico, this 29th day of March, 2006.

                                                      S/José Antonio Fusté
                                                     JOSE ANTONIO FUSTE
                                               Chief U. S. District Judge